

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2021

No. 04-20-00581-CV

**IN RE JUAN MANUEL GONZALEZ AND G4S SECURE SOLUTIONS (USA), INC.,**

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVF000756D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On January 7, 2020, Juan Manuel Gonzalez and G4S Secure Solutions (USA), Inc. filed a motion to reform appellate cause number 04-20-00581-CV to show the case is an original proceeding and not an appeal.[1] In their motion to reform, Gonzalez and G4S Secure Solutions state that they filed a notice of appeal out of an abundance of caution and claim that the notice of appeal was inadvertently forwarded to this court. The docketing statement Gonzalez and G4S Secure Solutions filed in appellate cause number 04-20-00581-CV states this case is an original proceeding.

The motion to reform is GRANTED. We ORDER the Clerk of the Court to change the designation of appellate cause number 04-20-00581-CV from an appeal to an original proceeding.

It is so **ORDERED** on January, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1]On December 31, 2020, we issued a show cause order questioning our jurisdiction to entertain an appeal from the challenged interlocutory order.